No. 168. LONDON WEATHERPROOFS, INC. *v.* UNITED STATES. October 8, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. David J. Shorb* for petitioner. *Acting Solicitor General Cox, Assistant Attorney General Clark, Messrs. Sewall Key, Fred E. Youngman* and *Miss Helen R. Carloss* for the United States.

Nos. 171, 172, 173, 176 and 177. HARVEY ET AL. *v.* GROSSMAN, TRUSTEE, ET AL.;

No. 174. HARVEY *v.* GROSSMAN ET AL.; and

No. 175. PLANKINTON BUILDING CO. *v.* GROSSMAN, TRUSTEE, ET AL. October 8, 1945. Petitions for writs of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. Joseph A. Padway, Herbert S. Thatcher, Morris Berick, Joseph B. Keenan* and *Carroll J. Lord* for petitioners. *Mr. Joseph V. Quarles* for Grossman et al., and *Messrs. Bernard V. Brady* and *Colby Stilson* for the Trustees of the Plankinton Trust, respondents. Reported below: 148 F. 2d 119.

No. 179. STANDARD ACCIDENT INSURANCE CO. ET AL. *v.* UNITED STATES. October 8, 1945. Petition for writ of certiorari to the Court of Claims denied. *Messrs. M. Carl Levine, David Morgulas* and *Albert Foreman* for petitioners. *Acting Solicitor General Judson, Messrs. Paul A. Sweeney* and *Jerome H. Simonds* for the United States.